**BARCLAY DAMON**<sup>LLP</sup>

**Charles J. Nerko**
*Partner*

March 20, 2023

**VIA ECF & EMAIL**

The Hon. Jennifer H. Rearden, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007
ReardenNYSDChambers@nysd.uscourts.gov

Re:   *US Court House SDNY Fed. Credit Union v. Fiserv Sols., LLC*, No. 22 Civ. 9329 (JHR)

Dear Judge Rearden:

We represent the plaintiffs in the above-referenced matter. We are writing to provide the Court with a status report per the notice of reassignment of March 6, 2023 (ECF No. 4).

The parties are currently engaged in settlement discussions. Specifically, the parties' counsel most recently spoke on Friday, March 17, and they anticipate having another discussion later this week.

We respectfully request permission to continue our settlement discussions and, if the case remains unresolved, to provide a further status report by April 3, 2023. No prior request for an extension of this date has been made, and there are no future appearances scheduled.

We thank the Court for its consideration of this request. If the Court has any questions or would like further information at this juncture, please let us know.

Respectfully submitted,

Charles J. Nerko