**B A R C L A Y   D A M O N**<sup>LLP</sup>

**Charles J. Nerko**
*Partner*

April 3, 2023

**VIA ECF**

The Hon. Jennifer H. Rearden, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *US Court House SDNY Fed. Credit Union v. Fiserv Sols., LLC*, No. 22 Civ. 9329 (JHR)

Dear Judge Rearden:

    We represent the plaintiffs in the above-referenced matter. We are writing to provide the Court with an update on the parties' settlement discussions per the Court's March 21, 2023 order (ECF No. 6).

    The parties continue to engage in settlement discussions.  Specifically, the parties' counsel are exchanging information on an informal basis that would facilitate settlement, and we anticipate having further settlement discussions once the plaintiffs' counsel provides additional information, which we expect to do later this week.

    We respectfully request permission to continue our settlement discussions and, if the case remains unresolved, to provide a status report by April 28, 2023. There are no future appearances scheduled in this case.

    We thank the Court for its consideration of this request. If the Court has any questions or would like further information at this juncture, please let us know.

Respectfully submitted,

*/s/ Charles J. Nerko*

Charles J. Nerko