**BARCLAY DAMON** LLP

> Plaintiffs' request for an extension to settle (ECF No. 9) is GRANTED. By May 19, 2023, Plaintiffs shall either file a letter updating the Court on settlement or a stipulation of discontinuance, voluntary dismissal, or other appropriate proof of termination.
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> May 2, 2023

**Charles J. Nerko**
*Partner*

April 28, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023
```

<u>VIA ECF</u>

The Hon. Jennifer H. Rearden, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>*US Court House SDNY Fed. Credit Union v. Fiserv Sols., LLC*</u>, No. 22 Civ. 9329 (JHR)

Dear Judge Rearden:

    We represent the plaintiffs in the above-referenced matter. We are writing to provide the Court with an update on the parties' settlement discussions per the Court's April 6, 2023 order (ECF No. 8).

    The parties continue to engage in settlement discussions. Specifically, the parties' counsel are exchanging information on an informal basis that would facilitate settlement, and we anticipate having additional settlement discussions in the near term.

    We respectfully request permission to continue our settlement discussions and, if the case remains unresolved, to provide a status report by May 19, 2023. There are no future appearances scheduled in this case.

    We thank the Court for its consideration of this request. If the Court has any questions or would like further information at this juncture, please let us know.

    Respectfully submitted,

    */s/ Charles J. Nerko*

    Charles J. Nerko