UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US COURT HOUSE SDNY FEDERAL CREDIT UNION, on behalf of itself and its members, and THE FINEST FEDERAL CREDIT UNION,<br><br>       Plaintiffs,<br><br> -v-<br><br>FISERV SOLUTIONS, LLC f/k/a/ FISERV SOLUTIONS, INC. and FISERV, INC.,<br><br>       Defendants. | CIVIL ACTION NO.: 22 Civ. 9329 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court had previously scheduled a telephone conference to discuss scheduling of a settlement conference on Monday, June 5, 2023 at 11:00 a.m. (ECF No. 13 (the "Conference")). The Court observes, however, that Defendants' counsel has not yet appeared in this case. Accordingly, by **June 9, 2023**, Defendants' counsel shall enter an appearance, and the Conference is ADJOURNED to **Monday, June 12 at 11:30 a.m**.

By **June 5, 2023 at 5:00 p.m.**, Plaintiffs' counsel shall serve a copy of this Order on Defendants and their counsel (if known to Plaintiffs' counsel) by email and overnight mail, and file proof of service on the docket.

Dated:  New York, New York
     June 1, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**