UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US COURT HOUSE SDNY FEDERAL CREDIT UNION, on behalf of itself and its members, and THE FINEST FEDERAL CREDIT UNION,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>FISERV SOLUTIONS, LLC f/k/a/ FISERV SOLUTIONS, INC. and FISERV, INC.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 22 Civ. 9329 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs have notified the Court that this action has been settled. By **July 24, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden. The settlement conference scheduled for July 17, 2023 (ECF No. 18) is CANCELLED.

The Clerk of Court is respectfully directed to terminate the settlement conference.

Dated:　　　New York, New York
　　　　　　July 10, 2023

　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**